[No. 33567-7-I.    Division One.    May 15, 1995.]

DIANA MITCHELL, *Respondent*, v. NEW YORK LIFE
INSURANCE COMPANY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-2-00928-1, Michael F. Moynihan, J., entered December 7, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Coleman and Webster, JJ.

[No. 32742-9-I.    Division One.    May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS J.
HUMPHRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-01286-8, Joseph A. Thibodeau, J., entered April 23, 1995. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, A.C.J., and Coleman, J.

[No. 30385-6-I.    Division One.    May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ALAN
HARPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05587-1, Sally Phillips Pasette, J., entered March 4, 1992. *Reversed* by unpublished opinion per Baker, C.J., concurred in by Grosse and Agid, JJ.

[No. 33958-3-I.    Division One.    May 15, 1995.]

HIDDEN MEADOWS COMMUNITY ASSOCIATION, *Respondent*,
v. DAVID CAVANAUGH, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 93-2-00292-3, Stanley K. Bruhn, J., entered December 20, 1993. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Cox, J., and Pekelis, J. Pro Tem.